**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATALIE RUSS-GREEN<br>7200 8th St. N.W.<br>Washington, DC 20012<br><br>      Plaintiff<br><br>v.<br><br>TIMOTHY LORNE SMITH<br>#3 Saint George Terrace<br>Bear, DE 19701<br><br>      And<br><br>LEVEL ONE TRUCKING, LLC<br>314 Corbitt Circle<br>Bear, DE 19701<br><br>      Defendants | Case Number: _____ |

**COMPLAINT**

Plaintiff, Natalie Russ-Green, by and through undersigned counsel, Jason W. Fernandez, Greenberg & Bederman, LLC hereby sues the Defendants, Timothy Lorne Smith and Level One Trucking, LLC, for the relief prayed herein.  In support, Plaintiff alleges as follows:

PARTIES

1. Plaintiff, Natalie Russ-Green, is an adult citizen of the District of Columbia, residing at the above-referenced address.

2. Upon information and belief, Defendant Timothy Lorne Smith (hereinafter "Defendant Smith"), is an adult citizen of Delaware, residing at the above-referenced address.

3.      Upon information and belief, Defendant Level One Trucking, LLC (hereinafter "Defendant LOT"), is corporate entity based in Delaware. Its registered agent according to the Delaware Division of Corporations is itself, located at the above-referenced address.

## JURISDICTION

4.      Jurisdiction in this case is proper pursuant to 28 U.S.C. § 1332.

## COUNT I – NEGLIGENCE
### (Defendant Smith)

5.      On or about September 28, 2016, Defendant Smith was operating a motor vehicle on E. Capitol Street S.E, near its intersection with Benning Road, in Washington, District of Columbia.

6.      At that time and place, Defendant Smith was duty bound to operate the vehicle with reasonable care and prudence.

7.      Notwithstanding this duty, and in breach thereof, Defendant Smith operated the vehicle in a negligent manner and carelessly failed to yield the right of way while attempting an illegal U-turn in the middle of the intersection. Defendant Smith collided with the Plaintiff who was traveling through the intersection with a green light.  Defendant Smith's negligence consisted of, among other things, failing to pay full time and attention to his driving, failure to maintain a proper lookout, and otherwise failing to operate his vehicle in a reasonable manner.

8.      As a direct and proximate result of Defendant Smith's negligence, Plaintiff sustained severe and permanent bodily injuries, has experienced and will continue to experience pain and suffering, has lost and will continue to lose wages and earnings, has incurred and will continue to incur medical and other expenses, has been and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

## COUNT II – VICARIOUS LIABILITY
(Defendant LOT)

9. Plaintiff references and incorporates the preceding paragraphs, in the same force and effect as if fully re-alleged herein.

10. At all times relevant hereto, Defendant Smith was driving a motor vehicle owned by Defendant LOT and was acting as Defendant LOT's agent, servant, and/or employee.

11. As Defendant Smith was Defendant LOT's agent, servant, and/or employee, Defendant LOT is vicariously liable for Defendant Smith's negligence, and Plaintiff's resulting injuries and damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Natalie Russ-Green, hereby demands judgment against Defendants, Timothy Lorne Smith and Level One Trucking, LLC, in the amount of ONE-MILLION & 00/100 U.S. DOLLARS ($1,000,000.00), plus costs and interest, along with any other relief this Court deems appropriate.

Respectfully submitted,

/s/ Jason W. Fernandez
Jason W. Fernandez, Esq. (Bar # 977919)
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 589-2200
Fax: (301) 589-6706
Email: jfernandez@gblawyers.com
*Attorneys for Plaintiff Natalia Russ-Green*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATALIE RUSS-GREEN<br>7200 8th St. N.W.<br>Washington, DC 20012<br><br>　　　　Plaintiff<br><br>v.<br><br>TIMOTHY LORNE SMITH<br>#3 Saint George Terrace<br>Bear, DE 19701<br><br>　　　　And<br><br>LEVEL ONE TRUCKING, LLC<br>314 Corbitt Circle<br>Bear, DE 19701<br><br>　　　　Defendants | :<br>:<br>:<br>:<br>: Case Number: _____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **JURY PRAYER**

Plaintiff respectfully prays a jury trial as to all claims alleged herein.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jason W. Fernandez
　　　　　　　　　　　　　　　　　　Jason W. Fernandez, Esq. (Bar # 977919)
　　　　　　　　　　　　　　　　　　Greenberg & Bederman, LLC
　　　　　　　　　　　　　　　　　　1111 Bonifant Street
　　　　　　　　　　　　　　　　　　Silver Spring, Maryland 20910
　　　　　　　　　　　　　　　　　　Tel: (301) 589-2200
　　　　　　　　　　　　　　　　　　Fax: (301) 589-6706
　　　　　　　　　　　　　　　　　　Email: jfernandez@gblawyers.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Natalia Russ-Green*